# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 18, 2015

### NO. 03-14-00659-CV

**T. T., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on September 24, 2014. Having reviewed the record, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.